IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-441-F

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., KEVIN SAUL, Individually and d/b/a Saul Mobile Appliances, and EDDIE GODFREY, Individually and d/b/a Tri-County Appliance Services,<br><br>Defendants | **ENTRY OF DEFAULT** |

This matter is before the clerk on the plaintiff's Motion for Entry of Default Against Eddie Godfrey [DE-39]. The record shows that the court ordered Mr. Godfrey file an answer to the plaintiff's Second Amended Complaint on or before November 6, 2015. *See* November 2, 2015 Order [DE-38]. Mr. Godfrey failed to do so, and has failed to respond to the plaintiff's Motion for Entry of Default.

Accordingly, the Motion for Entry of Default [DE-39] is ALLOWED, and default is hereby entered against Defendant Eddie Godfrey, Individually and d/b/a Tri-County Appliance Services as provided by Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED. This the 5th day of January, 2016.

Julie Richards Johnston
Clerk of Court