IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-441-F

STATE FARM FIRE AND CASUALTY )
INSURANCE COMPANY, )
)
Plaintiff, )
) **ENTRY OF DEFAULT**
v. )
)
LOWE'S COMPANIES, INC., KEVIN )
SAUL, Individually and d/b/a Saul Mobile )
Appliances, and EDDIE GODFREY, )
Individually and d/b/a Tri-County Appliance )
Services, )
)
Defendants

This matter is before the clerk on the plaintiff's Motion for Entry of Default Against Kevin Saul Individually and d/b/a Saul Mobile Appliances [DE-42]. The record shows that plaintiff made service on Kevin Saul, individually and d/b/a Saul Mobile Appliances on October 9, 2014, and no answer or other response was filed in the requisite time period. Accordingly, the Motion for Entry of Default [DE-42] is ALLOWED, and default is hereby entered against Defendant Kevin Saul Individually and d/b/a Saul Mobile Appliances as provided by Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED. This the 17th day of February, 2016.

Julie Richards Johnston
Clerk of Court